IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLYNN HARTT,** | : | **CIVIL ACTION** |
|    individually and on behalf of all | : | |
|    others similarly situated, | : | |
| | : | |
| **v.** | : | **No. 10-822** |
| | : | |
| **FLAGSHIP CREDIT CORPORATION,** | : | |
|    Defendant. | : | |

## ORDER

AND NOW, this 7th day of July, 2010, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. This action will not be transferred under 28 U.S.C. § 1404.

2. The court's April 13, 2010 **STAY** of discovery is **VACATED**. The parties shall have forty-five (45) days from the date of this order to conduct limited discovery regarding class certification.

3. Plaintiff shall then have thirty (30) days to submit a motion for class certification. Defendant may respond within fifteen (15) days and plaintiff may have ten (10) days for reply.

4. A hearing on the motion for class certification is scheduled for **November 16, 2010** at **10:00 AM** in **Courtroom 10A**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

 

                                                       /s/ Norma L. Shapiro
                                                                                                J.