IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLYNN HARTT, individually and on behalf
of all others similarly situated,

              Plaintiff

      vs.

FLAGSHIP CREDIT CORPORATION,

              Defendant.

CIVIL ACTION NO. 10-CV-00822(NS)

## CERTIFICATION OF GLYNN HARTT

I, GLYNN HART, an adult individual, certify as follows:

1.      I am the named Class Representative in the above action.

2.      For over ten (10) years I have been employed at Stephen F. Austin University ("SFA") in Nacogdoches, Texas. SFA is a state affiliated university. I work in the physical plant department, sign shop.

3.      My rate of pay is $18.03 per hour. An issue came up at the Final Approval Hearing on April 13, 2011 concerning lost time from work that I took to come to Philadelphia for this case, and the value of the vacation pay used.

4.      In my Certification dated March 30, 2011 (Doc. No. 42-15), I certified that I missed approximately 46 hours of work in connection with my three trips to Philadelphia (for my deposition, for mediation, and for Final Approval Hearing). At my hourly wage of $18.03, I stated the time off cost me approximately $829.00. *See id.* p. 3 of 3.

5.        If I don't work, I don't get paid unless I use accrued vacation time. Although I was able to use vacation time for these trips and not suffer the out-of-pocket loss of pay in connection with each visit, the expenditure of vacation time has left me effectively without any remaining vacation time.

6.        As a result of budget reductions by the State of Texas, SFA staff, including myself, has been advised by the university that there will be forced furlough. On April 20, April 22, May 27 and July 1, 2011, I will be furloughed without pay. This has been presented to me in a memorandum from the President of the university, Baker Pattillo, dated January 25, 2011. A true copy of the memorandum concerning the furloughs is attached to this Certification.

7.        The memorandum provides that "furloughed employees classified by the university as 'exempt' will be allowed to expend vacation time for furlough days while furloughed employees classified as 'non-exempt' will be allowed to expend vacation and/or compensatory time." Because I spent my vacation days travelling as part of the lawsuit, I cannot use those vacation days so as to receive compensation for these forced furlough days. Although additional specific furlough dates have not been provided, I am advised by my supervisors that 4 or more additional furlough days can be expected after July 1 through the end of the calendar year 2011. Because I used up my vacation time, I will not receive compensation for these additional furlough days either.

8.        I have requested to be reimbursed $829.00 for my lost vacation time so I do not suffer the monetary loss that will result from my being unable to use my vacation time to replace the income lost from these forced furloughs.

9.     I am also submitting a copy of a pay stub from check issued to me November 1, 2010. It reflects that vacation pay (at my rate of $18.03 an hour) is accrued to me, and paid as part of my compensation. For example, this reflects that I had 22.5 hours of vacation time during this period at a total value (current earnings) of $405.58. In other words, the paid vacation time is part of my compensation, just as my basic wage is.

10.     If the requested $829.00 reimbursement is allowed, this will no more than make me whole from the loss of paid vacation time that I used to travel to Philadelphia for this class case.

I certify under penalty of perjury the foregoing is true and correct.

Date: April 14, 2011

GLYNN HARTT

# EXHIBIT "A"

Date: Tue, 25 Jan 2011 15:45:47 -0600
From: Baker Pattillo <bpattillo@sfasu.edu>
Subject: State Appropriation Reduction
To: allfacstaff-L@sfasu.edu
X-Mailer: Microsoft Office Outlook 12.0
Thread-Index: Acu82TmoL4hIGUwKTp203PtmCTJWLQ==

To:     All Faculty and Staff

From:   Baker Pattillo, President

Date:   January 25, 2011

Subject:   State Appropriation Reduction

Prior to the Christmas holidays I informed you that the state leadership had notified us that our current state funding appropriation would be reduced by 2.5% immediately. This reduction equals $1,025,003 and impacts this year's current operations. This cut is in addition to the 5% reduction already made during the development of the 2010-11 budget. Together, these reductions equal $5,043,398.

As you can imagine, making this new reduction in the middle of a fiscal year is challenging. Today, the SFA Board of Regents approved a plan to address this challenge.

The Board of Regents has authorized me to close the university and furlough leave-eligible employees on April 21, April 22, May 27, and July 1. This action will result in salary expenditure savings of approximately $600,000. Only staff members are furloughed under this program as the nature of faculty contracts does not currently permit faculty furloughs.

Furloughed employees classified by the university as "exempt" will be allowed to expend vacation time for furlough days, while furloughed employees classified as "non-exempt" will be allowed to expend vacation and/or compensatory time. Furloughed employees without appropriate leave time accrued, or those who choose not to use leave time, will be placed on leave without pay status for these days. Personnel essential to the operation of the university required to work during the furlough days must expend four days of appropriate leave time prior to August 31, 2011.

More detailed information about this process will be posted on the Human Resources website in the near future.

The remaining reduction of $425,003 will be addressed by the vice presidents on a divisional basis.

What I said in my message in December is still true today. I remain dedicated to limiting the effect these changes will have on the delivery of the academic mission of the University, and on the faculty and staff. However, there will be many difficult decisions made over the next several weeks and months, not only as we deal with the immediate reduction, but also as we prepare for the reductions that will be necessary in the development of our budget for the next fiscal year.

I remain confident that we will work through these issues and emerge from these challenges more focused than ever.

# EXHIBIT "B"

| Personal Info | Benefits | Payroll | Employment |

SITE MAP | HELP | HOME | EXIT

# Check Stub History

### Employer or Institution: 001

| Check Issue Date | Employee Name | Employee Id | Total Earnings | Total Taxes and Deductions | Total Employer Contributions | Net Wages |
|---|---|---|---|---|---|---|
| 11/01/2010 | HARTT,GLYNN A | ***-**-8958 | 1,746.64 | 579.09 | 558.89 | 1,167.55 |

| Check or Direct Deposit Number | Form of Payment | Account Type | Amount |
|---|---|---|---|
| 9759977 | DIRECT DEPOSIT | CHECKING | 1,167.55 |
| | | Total: | 1,167.55 |

Accrual Balances:  Vacation  3.50  Sick  4.50

### Earnings

| Pay Description | Hours Worked | Current Earnings | Year To Date Earnings |
|---|---|---|---|
| REGULAR SEMI-MONTHLY PAY | 54.50 | 982.63 | 25,025.62 |
| EMERGENCY LEAVE | 0.00 | 0.00 | 432.72 |
| EXTRA TIME PAY | 0.00 | 0.00 | 1,677.34 |
| HOLIDAY PAY | 0.00 | 0.00 | 1,586.64 |
| VACATION | 22.50 | 405.68 | 2,881.20 |
| FULL SALARY SICK LEAVE | 11.00 | 198.33 | 1,649.76 |
| FLSA COMP TIME TAKEN(1.0) | 0.00 | 0.00 | 18.03 |
| LONGEVITY PAY | 1.00 | 160.00 | 1,760.00 |
| Totals: | 89.00 | 1,746.64 | 35,031.31 |

### Employee Taxes

| Description | This Check | Year To Date | Year To Date Taxable Gross |
|---|---|---|---|
| FICA | 95.67 | 1,945.02 | 31,371.26 |
| MQFE MEDICARE | 22.37 | 454.88 | 31,371.26 |
| FEDERAL WITHHOLDING | 144.95 | 3,044.24 | 29,129.32 |
| Totals: | 262.99 | 5,444.14 | |

| Description | Employee Deductions | | Employer Contributions | |
|---|---|---|---|---|
| | This Check | Year To Date | This Check | Year To Date |
| AD&D-MF-SH | 8.00 | 88.00 | 0.00 | 0.00 |
| DB-MS-SH | 22.46 | 67.38 | 0.00 | 0.00 |
| DEP LIFE | 0.69 | 2.07 | 0.00 | 0.00 |
| HCR-R26 SE | 50.00 | 150.00 | 0.00 | 0.00 |
| HEALTH INS | 118.17 | 354.51 | 324.80 | 974.40 |
| OTHER DED | 0.00 | 2,957.58 | 0.00 | 0.00 |

https://www.sctweb.sfasu.edu:4043/hr-bin/tsrvweb.exe                    12/20/2010